ACCEPTED
01-15-00501-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/10/2015 9:29:05 AM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00501-CR & 01-15-00506-CR

| | |
|---|---|
| **MARCOS DANIEL JIMENEZ,** **APPELLANT** | **IN THE COURT OF APPEALS** |
| **V.** | **FIRST          SUPREME          JUDICIAL DISTRICT** |
| **THE STATE OF TEXAS,** **APPELLEE** | **HOUSTON, TEXAS** |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/10/2015 9:29:05 AM
CHRISTOPHER A. PRINE
Clerk

### MOTION FOR EXTENSION OF TIME TO FILE STATE'S RESPONSE BRIEF

**TO THE HONORABLE COURT OF APPEALS:**

Now comes Jack Roady, Criminal District Attorney of Galveston County, Texas, pursuant to Rule 10.5(b), Texas Rules of Appellate Procedure, and moves for an extension of time in which to file the State's Brief and would respectfully show the Court of Appeals as follows:

1. The appellant was convicted on 2 cases of AGGRAVATED ROBBERY, and was sentenced on April 30, 2015. The trial case was styled as *State of Texas v. Marcos Daniel Jimenez* in the 10th Judicial District Court of Galveston County, Texas, Cause Nos. 13-CR-1173 & 13-CR-1517. Appellant filed timely Notice of Appeal. The Appellant's brief was filed with this Court on 10/13/2015.

2. The present due date for filing the State's brief is 11/12/2015.

3. This is the State's first motion for extension of time to file its brief.

4. The State requests an extension to file its brief on or before 1/12/2016.

5. The State requests this extension not for delay but because during the last forty-five days, the undersigned attorney for the State:

1

- Completed a reply brief on a lengthy trial in *Henry Tobar v. State*, 14-15-00011-CR & 14-15-00012-CR on 9/29/2015.

- Was out of state for 8 days.

- Is solely responsible for all Post-Conviction Writs of Habeas Corpus for Galveston County and completed 6 post-conviction writ answers on case numbers: 10-CR-2737-83-1 & 11-CR-1029-83-1 (*Willie Johnson*); 12-CR-1305-83-1 (*Lewin Beard*); 10-CR-1215-83-2 (*Walter Earl Taylor*); 10-CR-3689-83-1 (*Patrick Campbell*); 08-CR-1456-83-2 (*Bobby Jones*); 11-CR-3162-83-1 (*Lethaniel McCarter*).

6. The State must also complete its response brief to *Jose Pablo Lopez v. State*, 01-15-00055-CR, due on 11/19/2015.

7. The State must also complete its response brief to *Gary Lavern Wymore v. State*, 01-15-00303-CR, due on 12/1/2015.

8. The State must also complete its response brief to *David Ruiz v. State*, 14-15-00285-CR, due on 12/2/2015.

9. The State must also complete its response brief to *Rochawn Ray Davis v. State*, 01-15-00012-CR, due on 12/29/2015.

WHEREFORE, PREMISES CONSIDERED, the State respectfully requests that this Court of Appeals extend the time to file the State's brief until January 12, 2016.

Respectfully submitted,

JACK ROADY
CRIMINAL DISTRICT ATTORNEY
GALVESTON COUNTY, TEXAS

/s/ *Rebecca Klaren*
REBECCA KLAREN
Assistant Criminal District Attorney
600 59th Street, Suite 1001
Galveston County, Texas 77551

Tel.(409)766-2355, fax (409)766-2290
State Bar Number: 24046225
rebecca.klaren@co.galveston.tx.us

## CERTIFICATE OF COMPLIANCE

The undersigned Attorney for the State certifies this brief is computer generated, and consists of 338 words.

/s/ Rebecca Klaren
REBECCA KLAREN
Assistant Criminal District Attorney
Galveston County, Texas

## CERTIFICATE OF SERVICE

The undersigned attorney for the State certifies that a copy of the above motion was emailed/ eFiled to Mark W. Stevens, Attorney for Appellant, at markwandstev@sbcglobal.net on November 10, 2015.

/s/ Rebecca Klaren
REBECCA KLAREN
Assistant Criminal District Attorney
Galveston County, Texas

3

# AFFIDAVIT

**THE STATE OF TEXAS**

**COUNTY OF GALVESTON**

Before me, the undersigned authority, on November 10, 2015, appeared Rebecca Klaren, who by me duly sworn did depose and state on oath the following:

"I, Rebecca Klaren, Attorney for the State of Texas, have read the Motion for Extension of Time to File the State's Brief, and swear that the information contained therein is true and correct."

REBECCA KLAREN
Assistant Criminal District Attorney
Galveston County, Texas

SWORN TO AND SUBSCRIBED before me on November 10, 2015.

NOTARY PUBLIC in and for
the State of Texas

HEATHER GRUBEN
Notary Public, State of Texas
My Commission Expires
May 06, 2019

4